# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **MARSHALL LEE BROWN JR.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:15-CV-00009-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **SUSAN WHITE,** | ) | |
| **SUPERINTENDENT,** | ) | |
| **ALEXANDER CORRECTIONAL** | ) | |
| **INSTITUTION,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 2, 2015, Order.

February 2, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court